UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT LYNCH,<br>Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO.<br>1:11-CV-00161-LY |
| VALMONT INDUSTRIES, INC.,<br>Defendant. | § § § | |

## PLAINTIFF'S DISMISSAL BY STIPULATION

COMES NOW, Robert Lynch, Plaintiff, by and through his counsel of record and, pursuant to Federal Rule Civil Procedure 41(a)(1), hereby agrees to voluntarily dismiss any and all claims asserted against Valmont Industries, Inc. that are made the basis of its cause, with prejudice, and represents to the Court that all matters in controversy between these parties and made the basis of Plaintiff's cause of action as against said Defendant Valmont Industries, Inc., has been compromised and resolved.

Respectfully submitted,

**SHOWALTER LAW FIRM**
1117 FM 359, Suite 200
Richmond, Texas 77406
281/341-5577
281/341-5572 FAX

By: _____
Mr. David W. Showalter
State Bar No. 18306500
Mr. Joshua R. Leal
State Bar No. 24048609

Attorneys for Plaintiff, *Robert Lynch*

>FLETCHER, FARLEY,
>SHIPMAN & SALINAS, L.L.P.
>1717 W. 6th Street, Suite 300
>Austin, Texas 78703
>(512) 476-5300
>FAX (512) 476-5771
>
>By: /s/Joanna Lippman Salinas
>Joanna Lippman Salinas
>State Bar No. 00791122
>
>Attorneys for Defendant,
>*Valmont Industries, Inc.*

## Certificate of Service

I here certify that a true and correct copy of the foregoing and attached **Plaintiff's Dismissal by Stipulation** has been provided to the offices of:

David W. Showalter
Joshua R. Leal
Showalter Law Firm
1117 FM 359, Suite 200
Richmond, Texas 77406

by Electronic Service, in accordance with the Federal Rules of Civil Procedure, on 10/31, 2012.

_____
Joanna Lippman Salinas