IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

NOV 01 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| ROBERT LYNCH, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-11-CV-161-LY |
| | § | |
| VALMONT INDUSTRIES, INC., | § | |
| DEFENDANT. | § | |

### FINAL JUDGMENT

Before the court is the above entitled cause of action. On October 31, 2012, Plaintiff filed Plaintiff's Dismissal by Stipulation (Doc. #44), dismissing all claims against Defendant with prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this ____1st____ day of November, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE